**Electronically Filed
Intermediate Court of Appeals
CAOT-12-0000677
16-AUG-2012
09:38 AM**

NO. CAOT-12-0000677

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ARWIN R. ECHINEQUE, Petitioner-Appellant, v
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 10-1-0066; CR. NO. 06-1-1633)

ORDER DISMISSING WITHOUT PREJUDICE PETITIONER-APPELLANT'S
COMPLAINTS FILED ON JULY 30, 2012, AND AUGUST 1, 2012
AND THE ENTIRETY OF APPELLATE COURT CASE NUMBER CAOT-12-0000677
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the two complaints that Petitioner Arwin E. Echineque (Petitioner Echineque) filed on July 30, 2012, and August 1, 2012, in the Hawaiʻi Intermediate Court of Appeals in appellate court case number CAOT-12-0000677, the papers in support, and the records and files herein, it appears that Petitioner Echineque's July 30, 2012 complaint and August 1, 2012 complaint are not part of an appeal from S.P.P. No. 10-1-0066 or Criminal No. 06-1-1633, but, instead, purport to invoke original jurisdiction in the Hawaiʻi Intermediate Court of Appeals for the purpose of asserting causes of action arising out of alleged personal injuries and alleged civil rights violations. Pursuant to HRS § 602-57 (Supp. 2011), the Hawaiʻi Intermediate Court of Appeals does not have original jurisdiction to address the issues that Petitioner Echineque raises in his July 30, 2012 complaint and August 1, 2012 complaint. Therefore,

IT IS HEREBY ORDERED that Petitioner Echineque's July 30, 2012 complaint and August 1, 2012 complaint in appellate court case number CAOT-12-0000677 are dismissed without prejudice

to Petitioner Echineque presenting his arguments in a complaint that Petitioner Echineque files in a circuit court or a district court. Appellate court case number CAOT-12-0000677 is dismissed in its entirety.

DATED: Honolulu, Hawai'i, August 16, 2012.

Chief Judge

Associate Judge

Associate Judge